**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HART,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAMANTHA CHRISTEN,<br><br>                    Defendant. | Case No. 2:08-cv-1733-KJD-PAL<br><br>**ORDER** |

Currently before the Court is Plaintiff Michael Hart's Motion for Voluntary Dismissal (#9). Pursuant to Fed. R. Civ. P. 41(a)(1) a Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. To date, no answer or motion for summary judgment has been filed in this case. Accordingly, the Court recognizes Plaintiff's *pro se* document (#9) as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(1) and orders the Clerk of the Court to dismiss Plaintiff's Complaint without prejudice.

**IT IS SO ORDERED**.

DATED this 19th day of March 2010.

_____
Kent J. Dawson
United States District Judge